# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION

### CRIMINAL MINUTES - INITIAL APPEARANCE, ARRAIGNMENT, BOND/DETENTION HEARING

Case No.: 1:18CR25          Date: 11/1/18

| Defendants: | Counsel: |
|---|---|
| **Gary McFarlane; custody** | **Aaron Houchens; appt** |
| **Terry Dalton; custody** | **Robert Hagan; appt** |
| **Anthony Harless; custody** | **Chris Kowalczuk; appt** |
| **Bradley Williams; custody** | **Neil Horn; appt** |

PRESENT:
- JUDGE: Pamela Meade Sargent   TIME IN COURT: 10:05 – 10:30=25 min
- Deputy Clerk: Ella Surber
- Court Reporter: Ella Surber, FTR
- U. S. Attorney: Zachary Lee
- USPO: Jeremy Keller; Miranda Hilton
- Case Agent: Not Present
- Interpreter: N/A

## INITIAL APPEARANCE AND BOND HEARING

☒ Initial Appearance. Defendant(s) advised of charges, rights and nature of proceedings.
☒ Defendant requests appointment of counsel. CJA 23 completed; counsel appointed.
☒ Defendant(s) not eligible for bond because serving active sentence as to deft Harless, Williams and McFarlane. As to deft Dalton he has outstanding state court warrants.

## ARRAIGNMENT

☒ Defendant(s) waives reading of Indictment/Information.   ☐ Indictment/Information read.
☒ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | | Cts 1, 9 10 | | |
| 2 | | Cts 1, 7, 8 | | |
| 3 | | Ct 1 | | |
| 4 | | Ct 1 | | |

☒ Jury trial set for April 1-12, 2019 at 9:00 a.m. and PTC on March 18, 2019 at 11:00 a.m. for defts Harless, McFarlane, Dalton; and Jury trial on Jan 14-25, 2019 at 9:00 a.m. and PTC on Dec 21, 2019 at 10:00 a.m. for deft Williams.
☒ Defendant(s) remanded to custody.