APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 1:18CR25

v.

DATE: 11/1/18

GARY MCFARLANE
TERRY DALTON
ANTHONY HARLESS
BRADLEY WILLIAMS

TYPE OF HEARING: INITIAL APPEARANCE/ARRAIGNMENT

***

PARTIES:

1. Pamela Meade Sargent, USMJ
2. Zachary Lee
3. Aaron Houchens
4. Robert Hagan
5. Chris Kowalczuk
6. Neil Horn
7. Gary McFarlane
8. Terry Dalton
9. Anthony Harless
10. Bradley Williams

***

Recorded by: ELLA SURBER

Time in Court: 10:05 - 10:30

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 10:05 | 1,4 | | 3 | 10:22 | 2,1 | | | | |
| | 1,5 | 10:13 | 2,10 | | ↓ | | | | |
| | 1,6 | | 6 | | 5,1 | | | | |
| 10:11 | 1,4,8 | | 2,9 | | 4 | | | | |
| | 1,3,7 | | 2,8 | | 3 | | | | |
| | 1,5,9 | 10:15 | 2,7 | | 6 | | | | |
| | 1,6,10 | | 2,10 | 10:23 | 1 | | | | |
| 10:12 | 2,9 | 10:18 | 1,4 | | | | | | |
| | 6 | | 6,1 | | | | | | |
| | 2,8 | | ↓ | | | | | | |
| | 4 | 10:21 | 2,1 | | | | | | |
| | 2,7 | | 5,1 | | | | | | |